**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Deborah L Wiberg<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1603<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–22481–CMG | |

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Deborah L Wiberg

11/7/17                                                                         **By the court:** Christine M. Gravelle
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                            **Chapter 13 Discharge**                                            page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-22481-CMG
Deborah L Wiberg                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Nov 07, 2017
                              Form ID: 3180W           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
```
db             +Deborah L Wiberg,    5 Dutch Lane,    Hazlet, NJ 07730-1728
cr             +BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515121990      +Bank of New York Mellon,    Select Portfolio Servicing Inc,    POB 65450,
                 Salt Lake City, UT 84165-0450
515121267      +Bank of New York Mellon, f/k/a Bank of New York, a,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515122151      +Dutch Village Condo Association,    Att: Cioci Law Firm LLC,    125 Half Mile Rd Ste 200,
                 Red Bank, NJ 07701-6749
514862195       Dutch Village Condo Association,    c/o Better Homes,    Route 35, Suite 1,    Hazlet, NJ 07730
514862198      +Jersey Central Power & Light,    PO Box 16001,    Reading, PA 19612-6001
514921347     #+Jersey Central Power Light,    331 Newman Springs Rd,    Bldg 3,    Red Bank, NJ 07701-6771
514862200      +New Jersey Natural Gas,    1415 Wyckpff Road,    P.O. Box 1464,    Wall Township, NJ 07719-1464
514862201      +Shorelands Water Co., Inc.,    1709 Union Avenue,    P.O. Box 98,    Hazlet, NJ 07730-0098
516551559      +THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
516551560      +THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC  29603,    THE BANK OF NEW YORK MELLON,
                 c/o Shellpoint Mortgage Servicing 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2017 22:32:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2017 22:32:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514862191       EDI: BANKAMER.COM Nov 07 2017 22:08:00      Bank Of America, N.A.,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
514862192      +EDI: CHASE.COM Nov 07 2017 22:08:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514862194       EDI: DIRECTV.COM Nov 07 2017 22:08:00      Direct TV,    P.O. Box 6550,    Englewood, CO 80155
514862196      +EDI: CITICORP.COM Nov 07 2017 22:08:00      Exxmblciti,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
514862197      +E-mail/Text: mcolas@hazlettwp.org Nov 07 2017 22:32:54      Hazlet Township Sewer Utility,
                 1766 Union Avenue,    P.O. Box 66,    Hazlet, NJ 07730-0066
514862199      +EDI: CBSKOHLS.COM Nov 07 2017 22:08:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
514862202      +EDI: VERIZONCOMB.COM Nov 07 2017 22:08:00      Verizon Wireless,    2000 Corporate Drive,
                 Orangeburg, NY 10962-2624
514862203      +EDI: WFFC.COM Nov 07 2017 22:08:00      Wells Fargo Bank Nv Na,    Po Box 31557,
                 Billings, MT 59107-1557
515043506       EDI: WFFC.COM Nov 07 2017 22:08:00      Wells Fargo Bank, N.A.,    Home Equity Group,
                 1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Bank of New York Mellon, f/k/a Bank of New York, a
516544525       Bank Of New York Mellon
cr*            +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514862193*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                         Signature: /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                 Page 2 of 2                   Date Rcvd: Nov 07, 2017
                                  Form ID: 3180W              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, in trust for the registered holders of Alternative Loan Trust 2006-43CB, Mortgage
               Pass-Through Certificates, Series 2006-43CB bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor     THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lawrence W. Luttrell    on behalf of Debtor Deborah L Wiberg larryluttrell@lwlpc.com,
               renee@lwlpc.com;cathylee@lwlpc.com
              Sean M. O'Brien    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, in trust for the registered holders of Alternative Loan Trust 2006-43CB, Mortgage
               Pass-Through Certificates, Series 2006-43CB sobrien@flwlaw.com
                                                                                               TOTAL: 8
```